GRUBER & GRUBER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
T 818.981.0066
F 818.981.2122

LAW OFFICES OF HOWARD A. SNYDER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
T 818.461.1790
F 818.461.1793

Attorneys for Plaintiff, Phyllis J. Ross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *Tammy Alfaro, et al. v. Pfizer, Inc., et al.*, MDL No. 06-02405: <u>Plaintiff Phyllis J. Ross</u> | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, PHYLLIS J. ROSS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: _____, 2007 | GRUBER & GRUBER |
| 2 | | |
| 3 | | By: /s/ Daniel S. Gruber |
| | | Daniel S. Gruber |
| 4 | | Attorneys for Plaintiffs, Phyllis J. Ross and James Weibel |

DATE: \_\_\_\_\_ 2007        DLA PIPER US LLP

By: /s/ Matthew Lepore By /s/ Stuart M. Gordon
Matthew Lepore
Attorneys for Defendants, Pfizer Inc.

DATED: \_\_\_\_\_, 2007        GORDON & REES LLP

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 26, 2007

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**