1  DANIEL S. GRUBER, ESQ., SBN 113351
   **GRUBER & GRUBER**
2  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
3  (818) 981-0066 - Telephone
   (818) 981-2122 - Facsimile
4  dgruber@gruberlaw.com

5  HOWARD A. SNYDER, ESQ., SBN 113637
   **LAW OFFICES OF HOWARD A. SNYDER**
6  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
7  (818) 461-1790 - Telephone
   (818) 461-1793 - Facsimile
8  howard@howardsnyderlaw.com

9  Attorneys for Plaintiffs,

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    (SAN FRANCISCO DIVISION)

14

15 | IN RE: BEXTRA AND CELEBREX         ) CASE NO.: 3:06-cv-02405-CRB
   | MARKETING SALES PRACTICES AND      )
16 | PRODUCT LIABILITY LITIGATION       ) LEAD
   |                                    ) CASE NO.: 05-cv-01699-CRB
17 |                                    )
   |                                    )
18 | *TAMMY ALFARO, et. al., vs. PFIZER, Inc., et.* ) **STIPULATION AND ORDER**
   | *al.*, MDL No: 06-02405;           ) **OF DISMISSAL WITH**
19 | **Plaintiff Tammy Alfaro, only**   ) **PREJUDICE (F.R.C.P. 41 (a))**
   |                                    ) **AS TO TAMMY ALFARO,**
20 |                                    ) **ONLY**

21      COME NOW the Plaintiff, **TAMMY ALFARO**, and Defendants, by and
22 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23 41(a), and hereby stipulate to the dismissal of this Plaintiff with prejudice with each
24 side bearing its own attorneys' fees and costs.
25 \\\
26 \\\
27 \\\
28

                                        1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P.
                41 (a)) AS TO TAMMY ALFARO, ONLY**

```
1  DATE: March 5, 2007                    GRUBER & GRUBER

3                                         By: /s/ Daniel S. Gruber
4                                             DANIEL S. GRUBER
                                              Attorneys for Plaintiffs

5  DATE: 3-8, 2007                        DLA PIPER US LLP

7                                         By: Matthew Lepore By Stuart M. Gordon
                                              MATTHEW LEPORE
                                              Attorneys for Defendants, Pfizer, Inc.

8  DATE: 3-8, 2007                        GORDON & REES, LLP

10                                        By: /s/ Stuart M. Gordon
                                              STUART M. GORDON
11                                            Attorneys for Defendants, Pfizer, Inc.

12     PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
   STIPULATION, IT IS SO ORDERED.

14 DATE: March 15, 2007
                                          _____
                                          Hon. Charles R. Breyer
                                          United States District Judge
```

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO TAMMY ALFARO, ONLY**