1  DANIEL S. GRUBER, ESQ., SBN 113351
   **GRUBER & GRUBER**
2  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
3  (818) 981-0066 - Telephone
   (818) 981-2122 - Facsimile
4  dgruber@gruberlaw.com

5  HOWARD A. SNYDER, ESQ., SBN 113637
   **LAW OFFICES OF HOWARD A. SNYDER**
6  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
7  (818) 461-1790 - Telephone
   (818) 461-1793 - Facsimile
8  howard@howardsnyderlaw.com

9  Attorneys for Plaintiffs,

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:06-cv-02405-CRB<br><br>LEAD CASE NO.: 05-cv-01699-CRB |
| *TAMMY ALFARO, et. al., vs. PFIZER, Inc., et. al.*, MDL No: 06-02405;<br>**Plaintiff Patricia Rodriguez, only** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO PATRICIA RODRIGUEZ, ONLY** |

COME NOW the Plaintiff, **PATRICIA RODRIGUEZ**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff with prejudice with each side bearing its own attorneys' fees and costs.

\\\
\\\
\\\

1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO PATRICIA RODRIGUEZ, ONLY**

```
 1 | DATE: April 3, 2007                    GRUBER & GRUBER
 2 |
 3 |                                         By: /s/ Daniel S. Gruber
 4 |                                            DANIEL S. GRUBER
   |                                            Attorneys for Plaintiffs
 5 | DATE: 4-9, 2007                        DLA PIPER US LLP
 6 |
 7 |                                         By: /s/ Matthew W. Lepore By Stuart M.
   |                                            MATTHEW LEPORE
   |                                            Attorneys for Defendants, Pfizer, Inc.
 8 | DATE: 4-9, 2007                        GORDON & REES, LLP
 9 |
10 |                                         By: /s/ Stuart M. Gordon
11 |                                            STUART M. GORDON
   |                                            Attorneys for Defendants, Pfizer, Inc.
```

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATE: April 13, 2007

Hon. Charles R. Breyer
United States District C...

**IT IS SO ORDERED**
Judge Charles R. Breyer

*(Seal: United States District Court, Northern District of California)*

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO PATRICIA RODRIGUEZ, ONLY