1  DANIEL S. GRUBER
   Gruber & Gruber
2  15165 Ventura Blvd, Ste 400
   Sherman Oaks, CA 91403
3  Telephone: (818) 981-0066
   Facsimile: (818) 981-2122
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2405 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Tammy Alfaro, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Sylvia Barfknecht, Debra Bowman, Esther Gathje, Theresa McFadden for Charles McFadden, Linda Molenda, Bruce O'Brien, Delsie Pack, Spencer Ross, James Simmons, Jr., Katherine Skenandore, Robert Todd, Robert Tritten, Roy Batson, Beatrice Cheshier, Joseph Chiarenza, Nora Clark, Agnes Creel, Seda Dadayan, Maxine Davis, Amber Flannery for Bonnie Flannery, Jan Forquer, Terry Forrest, Robert Gifford, Michel Hebert, Mildred Hobbs, Mark Kaczmarczyk, Sophie Kofink, Daisy Levett, Patsy Liszewski, Donna Matiko, Terry Miller, Vivian Page, Wanda Schlosser, Edward Shelfer, Sandra Singleton, Jessie

-1-

Sisco, David Smith, Julie R. Udijohn, James Eugene Wilson, Jr., Jack Ashworth, Tabitha Brantley, John Healy, Betty M. Enoch, Jan Martin, Richard Quesnell, William Watkins, and Eli Yoder in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 2/16, 2010    By: _____

**GRUBER & GRUBER**
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
Telephone: 818-981-0066
Facsimile: 818-981-2122

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE