1 | DANIEL S. GRUBER
Gruber & Gruber
2 | 15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
3 | Telephone: (818) 981-0066
Facsimile: (818) 981-2122
4 | Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8 |                 UNITED STATES DISTRICT COURT

9 |                 NORTHERN DISTRICT OF CALIFORNIA

10 |                 SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX            Case No.: 06-2405 CRB
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION          MDL NO. 1699
                                         District Judge: Charles R. Breyer
14

15 | Tammy Alfaro, et al.,

16 |                        Plaintiffs    **STIPULATION AND ORDER OF
                                         DISMISSAL WITH PREJUDICE**
17 | vs.

18 | Pfizer Inc, et al.,

19 |                        Defendants.

20

21

22 | Come now the Plaintiffs, Sharon Ogden for Forest Dale Ogden, Kathy Thomas for Barbara W.

23 | Miller, Kathy Webb for Richard Webb, Robert Winhauer, Jr. for Marian Winhauer, Jeri

24 | Chasteen, Harvey F. Powell, Barbro Riffo for Robert Allen Riffo, Tommie Hamm, and Connie

25 | Hamm in the above-entitled action and Defendants, by and through the undersigned attorneys,

26 | pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

27 | this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

28 | //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

attorneys' fees and costs.

DATED: 7/9 , 2010     By: _____

**GRUBER & GRUBER**
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
Telephone: (818) 981-0066
Facsimile: (818) 981-2122

*Attorneys for Plaintiffs*

DATED: July 8, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE